MICHAEL J. MALONEY, Appellant, v. KNICKERBOCKER ICE COMPANY, Respondent.— Order reversed, without costs, and motion granted upon condition that the plaintiff, within five days from service of order, file a stipulation that no question will be raised on the appeal except the claim of errors in the charge and refusals

to charge, which said claimed errors have no relation to the X-ray exhibits. Upon plaintiff's failure to file such stipulation the order is affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.